AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Brandin Lewis__
was received by me on *(date)* __May 31, 2023__

☑ I personally served the summons on the individual at *(place)*
__19032 N. 34th Dr., Phoenix, AZ 85027__ on *(date)* __June 1, 2023 at 10:47am__ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ ; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __June 1, 2023__

*Server's signature*

Mark Hepp (MC#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FORM; PRELIMINARY ORDER